IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WALTER R. HARRIS,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4228

Opinion filed June 10, 2015.

An appeal from the Circuit Court for Leon County.
Frank E. Sheffield, Judge.

Walter R. Harris, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and David Campbell, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

ROBERTS, WETHERELL, and OSTERHAUS, JJ., CONCUR.